UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                    **DATE OF PROCEEDING:** September 9, 2019

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ECR


**TITLE OF CASE AND DOCKET NUMBER:**

FOLK v. MEDFORD LAKES ENTERPRISES, LLC, et al.
1:19-cv-6979-KMW

**APPEARANCES:**

MICHAEL P. MURPHY, ESQ. – COUNSEL FOR PLAINTIFF
PHILLIP G. RAY, ESQ. – COUNSEL FOR DEFENDANTS


**NATURE OF PROCEEDINGS:**

Telephone Status Conference and Order on Oral Motion to approve Settlement
held on the record.  Order to be entered approving settlement and 60-day
Order to be entered.


                              DEPUTY CLERK: s/Nicole Ramos



TIME COMMENCED: 10:37    TIME ADJOURNED: 10:47    TOTAL TIME:  10 mins.