[Dkt. No. 9]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CLAIRE FOLK,<br><br>        Plaintiff,<br><br>  v.<br><br>MEDFORD LAKES ENTERPRISES, LLC, et al.,<br><br>        Defendant. | Civil No. 19-6979-KMW |

## ORDER APPROVING SETTLEMENT

THIS MATTER is before the Court on the Parties' joint application for approval of the Settlement Agreement (the "Agreement") reached between the parties in this single-plaintiff Fair Labor Standards Act ("FLSA") action [Dkt. No. 9][1]; and the Court having reviewed and considered the terms of the Agreement; and the Court having held an on-the-record approval hearing on September 9, 2019, and having addressed the terms of the Agreement at same; and the Court having concluded that the Agreement is a fair and reasonable compromise of the Parties' disputes for the reasons expressed on the record;

---

[1] The Parties consented to the referral of this matter to the undersigned for all purposes in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, [Dkt. No. 8], and

1

　　　　IT IS this **9th** day of **September, 2019**, hereby,

　　　　**ORDERED** that the Settlement Agreement resolving this FLSA dispute is granted final approval.

　　　　　　　　　　　　　　　　s/ Karen M. Williams
　　　　　　　　　　　　　　　　KAREN M. WILLIAMS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

this Court therefore has jurisdiction hear the Parties' request.